```
                    UNITED STATES DISTRlCT COURT
                  FOR THE DISTRICT OF RHODE ISLAND
```

David W. Fiore, Pro Se,
    Plaintiff,
  v.                                          C.A. No. 11-064L

STEPHEN J. CAPINERI; Justice; Kent
County Family Court, State of Rhode Island
      Defendant

## ORDER

The Report and Recommendation of Magistrate Judge Lincoln D. Almond, issued March 3, 2011, hereby is accepted and adopted.

Therefore, this case is dismissed, with prejudice, and judgment shall enter for defendant.

ENTER:


/s/Ronald R. Laqueux
Ronald R. Lagueux
Senior U.S. District Judge
March 16, 2011